IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA DAROCHA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LINDEN,<br>AMERICAN TRAFFIC SOLUTIONS, INC.,<br>WWW.VIOLATIONINFO.COM and<br>UNIDENTIFIED ENTITIES A THOROUGH Z<br><br>Defendants. | Case No.: 2:12-cv-05235-SDW-MCA |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, AMERICAN TRAFFIC SOLUTIONS**

In compliance with Fed. R. Civ. P. 7.1, American Traffic Solutions, Inc. hereby files the following:

1.    American Traffic Solutions, Inc. is a wholly-owned subsidiary of ATS Consolidated, Inc. No publicly held corporation owns 10% or more of the stock of American Traffic Solutions, Inc.

Respectfully submitted,

AMERICAN TRAFFIC SOLUTIONS, INC. and
WWW.VIOLATIONINFO.COM


Dated: August 27, 2012     By: _____
Benjamin C. Caldwell
BURNS & LEVINSON LLP
1 Citizens Plaza, Suite 1100
Providence, RI 02903
Tel: 401-831-8330
Fax: 401-831-8359


Robert D. Friedman, Esq. (*pro hac vice* motion forthcoming)
Thomas T. Reith, Esq. (*pro hac vice* motion forthcoming)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
Tel: 617-345-3000
Fax: 617-345-3299

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, true and correct copies of the foregoing Notice of Removal of Action were served upon the following counsel of record via regular U.S. mail:

David S. Paris, Esq.
PARIS ACKERMAN & SCHMIERER LLP
101 Eisenhower Parkway
Roseland, NJ 07068
Attorney for Plaintiff

John G. Hudak, Esq.
812 North Wood Avenue
Suite 304
Linden, NJ 07036
Attorney for The City of Linden


_____
Benjamin C. Caldwell

4836-9982-9008.1