**PARIS ACKERMAN & SCHMIERER LLP**
101 Eisenhower Parkway
Roseland, New Jersey 07068
T: (973) 228-6667
F: (973) 629-1246
*Attorneys for Plaintiff and the Punitive Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA DAROCHA, individually and on behalf of all others similarly situated; | Civil Action No.: 2:12-cv-05235-SDW-MCA |
| Plaintiff, | **Return Date: October 15, 2012** |
| vs. | |
| | **Oral argument requested** |
| THE CITY OF LINDEN, AMERICAN TRAFFIC SOLUTIONS, INC., WWW.VIOLATIONINFO.COM AND UNIDENTIFIED ENTITIES A THROUGH Z. | **[Document Electronically Filed]** |
| Defendants | |

To: Michael A. D'Anton, Esq.
Chasan Leyner & Lamparello, PC
300 Harmon Meadow Boulevard
Secaucus, New Jersey 07094-3621
*Attorneys for Defendant City of Linden*

Benjamin C. Caldwell, Esq.
Burns & Levinson LLP
1 Citizens Plaza, Suite 1100
Providence, RI 02903
*Attorneys for Defendant American Traffic Solutions, Inc. and www.violationinfo.com*

**PLEASE TAKE NOTICE** that on October 15, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for plaintiffs Sandra DaRocha and the Punitive Class (hereinafter referred to as "Plaintiffs") will move before the Honorable Susan D. Wigenton, U.S.D.J., pursuant to 28 U.S.C. §§ 1332(d) and 1447, for an order remanding this action back to the Superior Court of New Jersey, Union County.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Plaintiffs will rely on the attached Memorandum of Law. A proposed form of order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                                            **PARIS ACKERMAN & SCHMIERER LLP**
                                            *Attorneys for Plaintiff and the Punitive Class*

                                                  s/ Ross H. Schmierer
                                            Ross H. Schmierer, Esq.

Dated: September 21, 2012