# SHABEL & DeNITTIS

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW
**5 GREENTREE CENTRE**
**525 ROUTE 73 NORTH, SUITE 302**
**MARLTON, NEW JERSEY 08053**
**TEL: (856) 797-9951  FAX: (856) 797-9978**

**www.shabeldenittis.com**

NORMAN SHABEL
STEPHEN P. DeNITTIS*
JOSEPH A. OSEFCHEN

_____

* MEMBER NJ & PA BAR

TWO PENN CENTER, SUITE 200
1500 JFK BOULEVARD
PHILADELPHIA, PA 19102
TEL: (215) 564-1721
FAX: (215) 564-1759

September 26, 2012

**VIA:  NJ Lawyer Service**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court – District of NJ
Room 7000
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, New Jersey 08608

So Ordered this _____ day
of _____, 20__

RE:     Telliho v. East Windsor Township, et al
        Civil Case No:  3:12-CV-04800-PGS-LHG

Dear Judge Sheridan:

This office represents Plaintiffs, Telliho, Townsend, Conrow, Fitting, O'Brien, Marinaccio, Naphys, Spector, Anderson and Vetre in several cases that are subject to two Motions to Consolidate currently pending before Your Honor.   Defendant, American Traffic Solutions ("ATS") filed a motion to consolidate pursuant to L.Civ.R. 42.1 and Fed.R.Civ.P. 42 currently returnable October 15, 2012 requesting the following actions be consolidated with the above referenced action:

> Townsend v. Woodbridge Township and ATS, Case No. 2:12-cv-4995
> Conrow v. Monroe Township and ATS, Case No. 1:12-cv-5005
> Fitting v. Borough of Glassboro and ATS, Case No.:1:12-cv-5007
> O'Brien v. Brick Township and ATS, Case No. 3:12-cv-5096
> Darocha v. City of Linden and ATS, Case No.: 2:12-cv-5235

Movant Redflex Traffic Systems, Inc. ("Redflex"), filed a motion to consolidate pursuant L.Civ.R. 42.1 and Fed.R.Civ.P. 42 currently returnable November 5, 2012 requesting the following actions be consolidated with the above referenced action:

<u>Naumowski v. City of Newark and Redflex</u>, Case No.: 12-cv-5119
<u>Marinaccio v. City of Newark and Redflex</u>, Case No.: 12-cv-5141
<u>Naphys v. Borough of Stratford and Redflex</u>, Case No. 12-cv-5164
<u>Spector and Anderson v. Cherry Hill Twp. and Redflex</u>, Case No. 12-cv-5198
<u>Vetre and Ajewole v. Edison Townsip and Redflex</u>, Case No., 12-cv-4996

Defendant ATS' and Redflex's motions to consolidate ("Motions") are both returnable before Your Honor. The parties believe it is in the best interest of the parties and the cases that both Motions be returnable on the same day. Accordingly, the parties have agreed to jointly request that ATS' and Redflex's Motion to Consolidate be returnable on **November 5, 2012**.

Should Your Honor prefer a Consent Order in place of this letter, the parties will be happy to prepare and submit to Your Honor.

Respectfully submitted,

SHABEL & DeNITTIS, P.C.

STEPHEN P. DeNITTIS

SPD/dmc
cc:     Benjamin C. Caldwell, Esquire  (counsel for American Traffic Solutions, Inc.)
        Dennis J. Drasco, Esquire (counsel for Redflex Traffic Systems, Inc.)
        David S. Paris, Esquire (counsel for Plaintiffs Naumowski and Darocha)
        Dawn Atwood, Esquire (counsel for defendant Woodbridge and Edison)